**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1752

ANTHONY ANTHA SMITH,

                Plaintiff - Appellant,

        v.

CHARLES A. MCCLURE,

                Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.   Norman K. Moon, Senior
District Judge.  (6:10-cv-00022-nkm)

Submitted:  September 28, 2010        Decided:  October 1, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Antha Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Antha Smith appeals the district court's order dismissing his patent infringement action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. McClure, No. 6:10-cv-00022-nkm (W.D. Va. June 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED